**Adriene J. SESSA, pro se,
Plaintiff–Appellant,**

v.

**WILD HORSE PASS HOTEL & CASINO, a Gila River Group Enterprise,
Defendant–Appellee.**

**No. 12–17636.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2013.*

Filed June 17, 2013.

Adriene J. Sessa, Scottsdale, AZ, pro se.

Saba Bazzazieh, Rosette, LLP, Chandler, AZ, for Defendant–Appellee.

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

Adriene J. Sessa appeals pro se from the district court's judgment dismissing her employment discrimination action for failure to prosecute. We have jurisdiction under 28 U.S.C. § 1291. We may affirm on any ground supported by the record. *Van Asdale v. Int'l Game Tech.*, 577 F.3d 989, 994 (9th Cir.2009). We affirm.

Dismissal of Sessa's action was proper because it was barred by tribal sovereign immunity. *See Allen v. Gold Country Casino*, 464 F.3d 1044, 1047 (9th Cir.2006) (holding that tribal sovereign immunity bars an action brought against a tribal owned and operated casino).

Sessa's request to strike defendant's letter to this court, filed on April 15, 2013, and motion for appointment of counsel, filed on May 16, 2013, are denied.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.